Rehearing granted and appeal
dismissed by opinion filed 10/1/01

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 01-6202

───────────────

PETER MOORE,

Plaintiff - Appellant,

versus

NURSE ALBRIGHT; WEBSTER ANDERSON, Montgomery
County Prison Officer; GARY CRONITE, Main-
tenance Officer; J. D. TERRY, Superintendent;
RONALD J. ANGELONE,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-00-924-7)

───────────────

Submitted:  May 31, 2001          Decided:  June 8, 2001

───────────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Peter Moore, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Moore, a Virginia inmate, seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We dismiss the appeal for lack of jurisdiction because Moore's notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on December 11, 2000. Moore's notice of appeal was filed on January 12, 2001 at the earliest.* Because Moore failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

---

* For the purpose of this appeal we assume that the date appearing on the notice of appeal is the earliest date it could have been given to prison officials for mailing. See Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED